## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| GCORP INTERNATIONAL, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:15-cv-00204-AJT-JFA |
| | : |
| CELCITE MANAGEMENT SOLUTIONS, LLC, | : |
| AMDOCS, INC., and | : |
| NADEEM HAIDER. | : |
| | : |
| Defendants. | : |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **Friday, March 13, 2015,** at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Celcite Management Solutions, LLC, Amdocs, Inc., and Nadeem Haider will present argument on their Motion to Dismiss.

    Respectfully submitted,

/s/ Craig J. Franco
Craig J. Franco, Esquire
Virginia State Bar No. 41449
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Telephone: (703) 218-2302
Facsimile: (703) 218-2160
craig.franco@ofplaw.com
*Counsel for Defendants.*

## **CERTIFICATE OF SERVICE**

      I certify that on February 23, 2015, a copy of the forgoing was served by electronically filing a copy with the clerk of the court using the ECF filing system, which will automatically notify all registered counsel of record.

                                               /s/ Craig J. Franco
                                               Craig J. Franco, Esquire